

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| LUCCHESE BOOT CO., BARTOLO MATA, AND RIGOBERTO GUTIERREZ, | § | No. 08-14-00229-CV |
|  | § | Appeal from the |
| Appellant's, | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| JOSE SOLANO, | § | (TC# 2007-1198) |
| Appellee. | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 26, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Steven L. Hughes, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 26, 2014.

IT IS SO ORDERED this 6th day of October, 2014.

PER CURIAM